UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SEZEN ALTUG, individually and as Administrator of the ESTATE OF CRAIG W. SALERNO, and as Next Friend of Minors John Doe and Jane Doe, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | C.A. No. 4:11-cv-00796-RAS-DDB |
| RICHARD L. SHANHOLTZER, JR., d/b/a FRONTIER AVIATION; RENO AIR RACING ASSOCIATION, INC., d/b/a NATIONAL CHAMPIONSHIP AIR RACES; JAMES K. LEEWARD, individually and d/b/a LEEWARD AIR RANCH RACING TEAM; LEEWARD RACING, INC.; AEROACOUSTICS, INC.; and AERO-TRANS CORPORATION | § § § § § § § § § § § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT LEEWARD RACING, INC. WITHOUT PREJUDICE**

Plaintiff files her notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff is Sezen Altug; Defendant is Leeward Racing, Inc.

2. On October 31, 2011, Plaintiff sued Defendant in the 429th District Court of Collin County, Texas.

3. On December 2, 2011, the case was removed to the United States District Court for the Eastern District of Texas, Sherman Division.

4. Defendant has been served with process and has not filed an answer or a motion for summary judgment.

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is without prejudice to refilling.

Respectfully submitted,

By: */s/ Christopher K. Johns*
Anthony G. Buzbee
State Bar No. 24001820
Attorney-in-charge
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas  77002
Telephone:  713.223.5393
Facsimile:    713.223.5909
tbuzbee@txattorneys.com

OF COUNSEL:
**THE BUZBEE LAW FIRM**
Christopher K. Johns
State Bar No. 24002353
cjohns@txattorneys.com                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the *20th day of December, 2011*.  Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

*/s/ Christopher K. Johns*
Christopher K. Johns