IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SEZUN ALTUG, et al. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11-cv-00796-RAS-DDB |
| | § | |
| RICHARD L. SHANHOLTZER, et al. | § | |
| | § | |
| Defendants. | § | |

## STIPULATION ON DISMISSAL OF DEFENDANT RICHARD SHANHOLTZER, JR. D/B/A FRONTIER AVIATION

The parties file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff is SEZUN ALTUG, Individually and as Administrator of the Estate of CRAIG W. SALERNO, and as Next Friend of Minors John Doe and Jane Doe; the remaining Defendants are Richard L. Shanholtzer, Jr., d/b/a Frontier Aviation, ("Frontier"); James K. Leeward, individually and d/b/a Leeward Air Ranch Racing Team; Leeward Racing, Inc.; and Aero-Trans Corporation.

On October 31, 2011, Plaintiff sued Defendants. Plaintiff moves to dismiss this suit against Frontier. Frontier, who has served an answer, agrees to the dismissal. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. A receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal of the case.

Plaintiff has not previously dismissed any federal or state court based on or including the same claims in those presented in this case. This dismissal is without prejudice.

/s/ *Christopher K. Johns*
Anthony G. Buzbee
Federal Bar No. 22679
Texas State Bar No. 24001820
Christopher K. Johns
Federal Bar No.1045581
Texas State Bar No. 24002353
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone:    (713) 223-5393
Facsimile:    (713) 223-5909
tbuzbee@txattorneys.com
cjohns@txattorneys.com

ATTORNEYS FOR PLAINTIFF


/s/ *J.S. Freels, Jr. by Permission*
J.S. Freels, Jr.
Texas State Bar No. 07420000
J.S. Freels, Jr., P.C.
A Professional Corporation
114 S. Crockett St.
Sherman, Texas 75090
Telephone: 903.868.9449
Facsimile: 903.868.0162

ATTORNEYS FOR DEFENDANT,
RICHARD L. SHANHOLTZER, JR.,
D/B/A FRONTIER AVIATION

*/s/ Nathan M. Wheat by Permission*
Nathan M. Wheat
Florida State Bar No. 86602
*Admitted Pro Hac Vice*
John M. Murray
Florida State Bar No. 157325
*Admitted Pro Hac Vice*
Christopher S. Morin
Florida State Bar No. 177600
*Admitted Pro Hac Vice*

MURRAY, MORIN & HERMAN, P.A.
101 East Kennedy Blvd., Suite 1810
Tampa, Florida 33602
Telephone: (813) 222-1800
Facsimile: (813) 222-1801
nwheat@mmhlaw.com
jmurray@mmhlaw.com
cmorin@mmhlaw.com

ATTORNEYS FOR DEFENDANTS
JAMES K. LEEWARD, INDIVIDUALLY
AND D/B/A LEEWARD AIR RANCH
RACING TEAM, LEEWARD RACING,
INC., THE ESTATE OF JAMES K.
LEEWARD, AND AERO-TRANS
CORPORATION