IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SEZUN ALTUG, et al. | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. 4:11-cv-00796 |
| | § |
| RICHARD L. SHANHOLTZER, et al. | § |
| | § |
| Defendants. | § |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 15, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that all remaining claims in this matter should be dismissed for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, all remaining claims in this matter shall be dismissed for want of prosecution.

**IT IS SO ORDERED.**

**SIGNED this the 2nd day of July, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE